NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAHEED SALEEM,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3025

---

Petition for review of the Merit Systems Protection Board in No. DC0752120533-I-1.

---

**ON MOTION**

---

**O R D E R**

Naheed Saleem moves without opposition to voluntarily dismiss her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

2                                   SALEEM v. MSPB


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s21


ISSUED AS A MANDATE: February 18, 2014